**No. 09-11568. Yunior Perez, Petitioner v. United States.**

562 U.S. 888, 131 S. Ct. 222, 178 L. Ed. 2d 133, 2010 U.S. LEXIS 6524.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 356 Fed. Appx. 309.